# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **BRIAN GAULDIN,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **RUSTY WASHBURN,** | CASE NO: 15-1249-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Modify Docket, Denying §2254 Amended Petition, Denying Certificate of Appealability, and Denying Leave to Appeal In Forma Pauperis entered on November 2, 2018, the Amended Petition is DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/2/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk